Bureau of Land Management
Ms. Debra Suehr
Via e-mail:  dsuehr@blm.gov



EXHIBIT 1

May 3, 2013

## FOIA REQUEST

Dear Ms. Suehr,

This is a formal request under the Freedom of Information Act (5 U.S.C. 552 et seq.) for certain documents concerning the proposed Sutey Ranch Land Exchange. We are a small group of concerned citizens who has had an interest in this project from its beginning; we believe that this exchange would harm the quality of life in the Roaring Fork valley.  Consequently, we intend to review the draft Environmental Assessment for the proposed exchange; in order to facilitate our understanding of the BLM's analysis, we hope to review some of the supporting documentation as well.

Specifically, we request the following documents:

  --A list of all studies relevant to the proposed land exchange that were prepared by entities other than the BLM;

  --Wildlife reports;

  --Any reports relating to management of recreation on the parcels to be acquired by BLM in the exchange;

  --Appraisals of all properties in the proposed exchange;

  --Conservation easements for Parcels A, B and B-1;

  --Documentation of the water rights on the Sutey Ranch;

  --1999 Red Hill SRMA Implementation Plan;

  --2010 Roaring Fork Land Health Assessment;

  --2003 Eagle River South Land Health Assessment;

--All communications within the BLM and with outside parties regarding any and all of the above. This includes, but is not limited to: written material, faxes, e-mails, notes from personal meetings, and logs, notes, and transcriptions from phone conversations.

**If any documents are withheld**
If you believe that any portions of the documents requested are exempt from disclosure under FOIA, you are required by the Act to segregate those portions and provide the rest of the information.

If you wish to withhold any documents referred to in this request, please send us an administrative Vaughn Index pursuant to 5 U.S.C. § 552(b) and Vaughn v. Rosen, 484 F.2d 820 (D.C. Cir. 1973), cert. denied 415 U.S. 977 (1974). This index should specify the following information about each document withheld:

1. The title, author, and date of each document withheld.
2. A description of each document withheld, including the subject and conclusions of the document.
3. A legal citation to the exemption for each document withheld and an explanation of how the exemption applies to each document.
4. A list of all documents, including memos, electronic mail, and other communications which are referenced in the withheld document, or are referenced by the withheld document.

**Request for Fee Waiver**
We hereby ask that the BLM waive all fees for production of the requested information. The information requested will not be used commercially, i.e., the requestors will not make any money off of the information requested. Rather, it will be used to inform the public on aspects of a controversial public issue. Requestors may disseminate some of the information obtained via any or all of the following means: private consultation, individual phone calls and e-mails, meetings of interested parties, and various news media. This will help inform the public on various issues related to the proposed land exchange, and lead to a more comprehensive understanding of the proposal. This in turn will help people prepare informed comments on the proposal.

The requestors believe there is no other means of obtaining the requested information.

If BLM denies the fee waiver, please inform us before fulfilling the information request.

**Means of fulfilling our request**

Requestors prefer to receive the requested information via electronic means. Alternatively, or in addition to this, we are willing to come to the BLM office in Silt, CO (if any of the documents are available there) to examine the requested documents, and copy the ones we deem desirable for informing ourselves and the public on the proposed land exchange.

**Request for expedited processing**

We hereby ask for expedited processing under section 6(E)(vi)(II) of FOIA. We believe there is a "compelling need" for this because requestors need the information for use during the 30-day comment period, already underway for the Sutey Ranch Land Exchange.[1] "Compelling need" means:

> with respect to a request made by a person primarily engaged in disseminating information, urgency to inform the public concerning actual or alleged Federal Government activity.

FOIA at 6(E)(vi)(II).

Therefore, we request that BLM fulfill our request as soon as possible, well before the 20 working days allowed under FOIA expires, so that the information will be useful during the comment period on the proposed land exchange. Requestors are happy to meet or talk with BLM personnel to facilitate the timely fulfillment of our request for documents. If parts of the request would take a longer time to fulfill, we request that other parts be provided as soon as they are available.

We thank you in advance for your prompt attention and response to our request.

Sincerely,

Anne Rickenbaugh  (Send all information here)
223 Cottonwood Lane
Aspen, CO  81611
970-274-2297
rickenbaugh@yahoo.com

Stephen Greenway
PO Box 12334

---

[1] Requestors will also request that BLM extend the comment period for the proposed land exchange, but at this time there is no certainty that it will be granted.

Aspen, CO  81612
970-920-7859
hawkg@rof.net

Franz Froelicher
2211 Delores Way
Carbondale, CO  81623
970-704-0804
blueheronforge@sopris.net


cc: Monte Senor, msenor@blm.gov