

# United States Department of the Interior

BUREAU OF LAND MANAGEMENT
Colorado State Office
2850 Youngfield Street
Lakewood, Colorado 80215-7210
www.co.blm.gov



EXHIBIT

2

In Reply Refer To:
FOIA CO-13-062
1278 (CO-954)

MAY - 9 2013

CERTIFIED MAIL
Return Receipt Requested

Ms. Anne Rickenbaugh
223 Cottonwood Lane
Aspen CO 81611

Dear Ms. Rickenbaugh:

This letter acknowledges receipt of your Freedom of Information Act (FOIA) request
May 3, 2013, and received by the Bureau of Land Management (BLM) Colorado State Office on
the same day. This FOIA request is assigned FOIA control number BLM-2013-00630. Our
internal control number assigned to this FOIA is CO-13-062. Please reference these numbers on
any future correspondence regarding this FOIA request.

Please be advised that all future FOIA requests need to be sent to Colorado's BLM official FOIA
box at CO-FOIA@blm.gov. Should Ms. Suehr be out of the office, requests received in her
personal email box could go unaccounted for, for several days or weeks and are not officially
received until her return.

In your request, you and others are seeking records for the proposed Sutey Ranch Land
Exchange specifically requesting:

"--A list of all studies relevant to the proposed land exchange that were prepared by
entities other than the BLM;
--Wildlife reports;
--Any reports relating to management of recreation on the parcels to be acquired by
BLM in the exchange;
--Appraisals of all properties in the proposed exchange;
--Conservation easements for Parcels A, B and B-1;
--Documentation of the water rights on the Sutey Ranch;
--1999 Red Hill SRMA Implementation Plan;
--2010 Roaring Fork Land Health Assessment;
--2003 Eagle River South Land Health Assessment;
--All communications within the BLM and with outside parties regarding any and all
of the above. This includes, but is not limited to: written material, faxes, e-mails, notes
from personal meetings, and logs, notes, and transcriptions from phone conversations."

In your FOIA, you requested a fee waiver and expedited processing. First we will address the
fee waiver. The FOIA permits documents to be furnished without charge or at a reduced charge
if disclosure of the information is:

1. Is in the public interest because it is likely to contribute significantly to public understanding of the operation and activities of the Government, and
2. Is not primarily in your commercial interest.

The Department considers the following factors (see 43 CFR § 2.48) in deciding whether you are entitled to a fee waiver.

1. How do the records concern the operations or activities of the Federal government?
2. How disclosure is likely to contribute to public understanding of these operations or activities.
3. How disclosure is likely to significantly contribute to the understanding of a reasonably broad audience of persons interested in the subject, as opposed to your individual understanding.
4. How the public's understanding of the subject in question will be enhanced to a significant extent by the disclosure.

Although your request fulfills the requirements of the first factor, i.e., it concerns the operations of the BLM, is does not meet the requirements of the other factors. We have also determined that the information requested is not in your commercial interest.

However, your request does not contain sufficient justification to support a fee waiver. Based on the information you provided you state you are seeking records for a small group of concerned citizens and that the requester may disseminate some of the information obtained by private consultation, individual phone calls and e-mails, meetings of interested parties, and various news media. You then state that this will help inform the public on various issues related to the proposed land exchange, lead to a more comprehensive understanding of the proposal, and in turn help people prepare informed comments on the proposal.

The fact that you state that you are seeking information for a small group of concerned citizens and you may disseminate some of the information, we are unable to determine how disclosure of the requested records will contribute to the general public's understanding and does not show your ability and intent to disseminate the information to a reasonably broad audience of persons interested in the subject, as opposed to the understanding of the requesters signing the FOIA request.

To demonstrate that disclosure of the requested records will contribute *significantly* to public understanding a requester is required to explain whether the information sought is new and, if so, whether the information that would be disclosed would confirm or clarify data that previously has been released. The requester also is required to explain how disclosure will increase the level of public understanding of the operations or activities of the BLM beyond that which existed prior to disclosure. Therefore, we are denying your request for a fee waiver under 43 CFR § 2.47. If you choose you may provide additional information to justify your fee waiver and we will consider the new facts in making a new determination.

We will now address the request for expedited processing. In accordance with the FOIA (5 U.S.C. § 552) and the Department of the Interior's FOIA regulations (43 CFR § 2.20), it is the policy of the Department to grant requests for expedited processing whenever it is determined that they involve:

3

1.  Where failure to expedite the request could reasonably be expedited to pose an imminent threat to the life or physical safety of an individual; or

2.  Where there is an urgency to inform the public about an actual or alleged Federal Government activity and the request is made by a person primarily engaged in disseminating information.

BLM has determined that you are not a full time member of the news media, to qualify for expedited processing, therefore you must establish that your main professional activity or occupation is information dissemination, although it does not need to be your sole occupation. You must also establish that the information request has a particular value that will be lost if not disseminated quickly usually referring to a breaking news story of general public interest. Information of historical interest only or information sought for litigation or commercial activities would not qualify, nor would a news media deadline unrelated to breaking news.

You state that you are requesting expedited treatment as there is a "compelling need" for this information because requestors need the information for use during the 30-day comment period, already underway for the Sutey Ranch Land Exchange. You also state that information obtained may be disseminated by private consultation, individual phone calls, e-mails, meetings of interested parties, and various news media.

BLM has determined that you have not provided an adequate justification to support the requirements of expedited processing. Therefore, consistent with the Department's FOIA regulations (43 CFR § 2.20), the bureau is denying your request for expedited processing.

The Colorado River Valley Field Office will be posting additional information on their website by the end of next week which will include wildlife reports, land health assessments, the 1999 Red Hill SRMA Implementation Plan and other documentation not proprietary in nature.

For the purpose of assessing fees we have determined that you are that of an "other" requester, (see 43 CFR § 2.39). This entitles you to the first two hours of search and the first 100 pages at no charge. If you are still interested in obtaining other items listed in your FOIA request, please furnish written assurance of payment indicating the maximum amount you are willing to pay to process your FOIA. In accordance with 43 CFR § 2.49(a)(1) fees are not charged if the processing incurred is less than $50.00.

Under 43 CFR § § 2.47(d) and 2.20(f), you may appeal the denial of your request for a fee waiver and/or the denial of your request for expedited processing. The undersigned, in consultation with our Solicitor's Office, Terri Debin, Attorney-Advisor, is responsible for these denials. You should file your appeal as soon as possible with the FOIA Appeals Officer. Your appeal must be in writing and addressed to:

> Freedom of Information Act Appeals Officer
> Department of the Interior
> Office of the Solicitor

4

1849 C Street, NW, MS 6556
Washington, DC 20240

You must include with your appeal copies of all correspondence between you and the bureau
concerning your FOIA request, including a copy of your original FOIA request and this denial
letter. Failure to include this documentation with your appeal will result in the Department's
rejection of your appeal. The appeal should be marked, both on the envelope and the face of the
letter, with the legend, "FREEDOM OF INFORMATION APPEAL." Your letter should include
in as much detail as possible any reason(s) why you believe the bureau's response is in error.

As part of the 2007 FOIA amendments, the Office of Government Information Services (OGIS)
was created to offer mediation services to resolve disputes between FOIA requesters and Federal
agencies as a non-exclusive alternative to litigation. Using OGIS services does not affect your
right to pursue litigation. If you are requesting access to your own records (which is considered
a Privacy Act request), you should know that OGIS does not have the authority to handle
requests made under the Privacy Act of 1974. You may contact OGIS in any of the following
ways:

Office of Government Information Services
National Archives and Records Administration
Room 2510
8601 Adelphi Road
College Park, MD 20740-6001
E-mail: ogis@nara.gov
Web: https://ogis.archives.gov
Telephone:  (202) 741-5770
Facsimile:   (202) 741-5769
Toll-free:    (1-877) 684-6448

We will not begin processing your request until we receive written notification from you in
response to this letter. If we do not hear from you within 20 workdays of the date of this letter,
we will assume you are no longer interested in this matter and will close the file on your request.

If you have any questions, please contact Debbie Suehr, BLM Colorado FOIA Officer, at
(303) 239-3688 or Tiffaney Brooks at (303) 239-3686; via facsimile at (303) 239-3933; via mail at
the letterhead address; or via email at BLM_CO_FOIA@blm.gov.

Sincerely,

/s/ John Mehlhoff

Helen M. Hankins
State Director

Acting