Debra Suehr
Bureau of Land Management
Via e-mail: BLM_CO_FOIA@blm.gov



May 17, 2013

Dear Ms. Suehr,

By means of this letter, and in response to the BLM's May 6, 2013 reply to our FOIA request concerning the proposed Sutey Ranch Land Exchange of May 3, 2013, we wish to continue with our FOIA request, as modified and described below.

**Modified request for documents:**
We thank the BLM for posting many of the documents we previously requested on the Colorado River Valley Field Office's web site. However, we would still like to obtain the following sets of documents:

--Appraisals of all properties in the proposed exchange *and instructions* therefor;

  --The "Memorandum of Understanding (MOU) executed between the BLM and the Proponent, establishing the roles and responsibilities of each party, including the contractor", as described in the environmental assessment, pp. 4-1 and 4-2;

--The name of the 3rd party contractor who prepared the EA (per p.1-8) and a summary of their qualifications;

  --The cultural resources and paleontological reports for the project, whether conducted by the BLM or 3rd parties;

  --The 3rd party reports on wildlife and plants not already posted on the website, especially any wildlife and plants listed as threatened or endangered, or proposed for such listing, under the federal Endangered Species Act (16 U.S.C. 1531 et seq.);

  --The recreation reports and inventories for the project, whether conducted by the BLM or a 3rd party;

--Instructions to and responses from 3rd party contractors regarding preparation of their work product;

-- Records of field visits and inventories conducted by 3rd party contractors, the BLM and/or other consulting government agencies;

**Timing**:
Requestors need to receive the requested documents as soon as possible in order to use them in preparing comments on the proposed Sutey Ranch Land Exchange. The documents are vital to a determination of whether the proposed exchange is in the public interest, and to public understanding of the issues surrounding the proposed exchange. As stated in our May 3 FOIA request, we have requested that the BLM extend the time for comments on the proposal, but as of this writing, the agency has still not made a decision on this request.

Many of these documents are likely in digital form, thus the BLM should be able to produce them and send them quickly without having to duplicate them. Requestors are willing to go to the Colorado River Valley Field Office in Silt to review and/or obtain the documents, if this would help to expedite the process. If less than all of the requested documents can be found quickly, we request that you send us the portion of the requested documents that have been located and can be transmitted as soon as they are available. Again, we prefer digital transmittal of the requested documents where possible.

**Fees**
The requestors agree to pay up to $400 for production and transmission of the requested information. Should the total fees for production of the requested documents exceed this amount, you must notify us before proceeding, pursuant to 43 C.F.R. 2.49(d). However, any documents that are located and can be transmitted for the agreed payment should be sent as soon as possible.

Please call Anne as needed to facilitate prompt processing and fulfillment of our request.

Thank you,

Anne Rickenbaugh  (Send all information here)
223 Cottonwood Lane
Aspen, CO  81611
970-274-2297
rickenbaugh@yahoo.com

Stephen Greenway
PO Box 12334
Aspen, CO  81612
970-920-7859

hawkg@rof.net

Franz Froelicher
2211 Delores Way
Carbondale, CO  81623
970-704-0804
blueheronforge@sopris.net